UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08-00014 |
| | ) | JUDGE CAMPBELL |
| RONALD ELI LEWIS | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss (Docket No. 179) Count Three of the Superseding Indictment (Docket No. 67) against Defendant Ronald Eli Lewis. The Motion is GRANTED, and Count Three is DISMISSED, without prejudice.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE