UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-00014 |
| | ) | JUDGE CAMPBELL |
| RONALD ELI LEWIS | ) | |

## ORDER

The sentencing hearing scheduled for Defendant Ronald Eli Lewis on June 22, 2012, at 1:30 p.m. is CANCELLED. The sentencing will be rescheduled upon the arrest of the Defendant for failure to appear (Docket No. 218).

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE