# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:08-00014 |
| ) | JUDGE SHARP |
| RONALD ELI LEWIS ) | |

## **O R D E R**

The Indictment in this case was filed on December 10, 2008. The trial began on February 28, 2012; however, beginning on day four of the trial, Defendant did not appear. As such, a warrant was issued for his arrest. It appears from the record that Defendant is a fugitive from justice. It further appears that no further proceedings will occur in this case until the Defendant is apprehended, and the Court has no idea when that will occur. All other defendants in this case have been terminated.

Unless the parties file an objection within five days of the date of entry of this Order, the Clerk is directed to administratively close this case until such time as Defendant is apprehended. This action may be reopened upon motion by the Government when further proceedings are to be held. The said closing is for administrative purposes only and shall in no way affect the underlying indictment, warrants, and other filings in this case.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE